IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD L. BROWN and
PATRICIA S. BROWN,

      Plaintiffs,

vs.                                                CASE NO.: 4:07cv27-SPM/WCS

DOCTORS MEMORIAL HOSPITAL,
a Florida not for profit corporation,

      Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice and with each party to bear its own fees and costs, pursuant to the parties' Stipulation for Dismissal with Prejudice (doc. 76) and Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 28th day of February, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge